• AO 133    (Rev. 9/89)  Bill of Costs

United States Courts
Southern District of Texas
FILED

FEB 1 4 2006

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT

|                      |              |          |
|----------------------|--------------|----------|
| Southern             | District of  | Texas    |

Houston Division

Joanne Nasti

V.

Ciba Specialty Chemicals Corp.

## BILL OF COSTS

Case Number:  H-04-4590

Judgment having been entered in the above entitled action on  2/1/2006  against  Plaintiff  ,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $150.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $3,413.19 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | $3,550.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $25.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $7,138.19 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage
prepaid to:   Gregg Rosenberg , Rosenberg and Sprovach
11 Greenway Plaza, Suite 2910, Houston, TX 77046

Signature of Attorney:

Name of Attorney:    Teresa S. Valderrama, Baker Botts L.L.P.

For:   Defendant Ciba Specialty Chemicals Corp.                    Date:  2/14/06

Costs are taxed in the amount of    $7,133.19    and included in the judgment.

Name of Claiming Party

Michael N. Milby                      By:                                 FEB 1 5 2006

Clerk of Court                             Deputy Clerk                        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNE MACKAY NASTI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-4590 |
| | § | |
| CIBA SPECIALTY CHEMICALS | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF TERESA S. VALDERRAMA

Came before me, the undersigned Notary Public, Teresa S. Valderrama and swore that the following is true:

1.      My name is Teresa S. Valderrama.  I am over the age of 18 and otherwise competent to make this affidavit.

2.      I am lead attorney for Ciba Specialty Chemicals Corporation ("Ciba"), defendant in the above-styled case.  I supervised the attorneys and legal assistants who defended Ciba in of this case.  I am a partner with the Houston office of Baker Botts L.L.P. I have been licensed by the Texas State Bar and have practiced law in this jurisdiction, and others, since 1988.

3.      I have knowledge of the facts relating to the taxable costs reasonably and necessarily incurred by Ciba to defend this matter.  The attached Bill of Costs accurately reflects taxable costs reasonably and necessarily incurred in defending the case, and the services for which taxable costs are sought were reasonably and necessarily performed.

Teresa S. Valderrama

SWORN TO AND SUBSCRIBED before me this 4th day of February, 2006.

Patti S. Barker

Notary Public, State of Texas

PATTI S. BARKER
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 13, 2009

## ITEMIZATION OF COSTS

**A.**     **Fees of the Clerk**

| 1. | Removal Fee | $150.00 |
|----|-------------|---------|
|    | SUBTOTAL    | $150.00 |

**B.**     **Fees of the court reporters for all or any part of the transcripts necessarily obtained for use in this case.**

Oral Depositions

| 1. | JoAnne Nasti (Volume 1) | $1,903.69 |
|----|-------------------------|-----------|
| 2. | JoAnne Nasti (Volume 2) | $1,114.45 |
| 3. | Bob Becherer            | $395.05   |
|    | SUBTOTAL                | $3,413.19 |

**C.**     **Fees for exemplification and copies of papers necessarily obtained for use in the case.**

Copies of Records obtained by Deposition on Written Questions

| 1. | Red Oak Psychiatry Associates     | $235.00   |
|----|-----------------------------------|-----------|
| 2. | Krist Good Samaritan Center       | $241.50   |
| 3. | Excel                             | $256.50   |
| 4. | Dr. Gary Mueck                    | $256.50   |
| 5. | Avi Raphaeli                      | $252.50   |
| 6. | Toby Picker                       | $485.50   |
| 7. | SBC Corporation                   | $214.00   |
| 8. | AT&T Corporation                  | $394.50   |
| 9. | Lone Star Attorney Services, Inc. | $220.00   |
|    | SUBTOTAL                          | $2,556.00 |

Copies of Records Obtained by Authorization

| 1. | Tax Returns | $195.00 |
|----|----|----|
| 2. | Social Security Earnings Records | $77.50 |
|    | SUBTOTAL | $272.50 |

Copies of Production/Court Filings

| 1. | Duplication of Documents Produced by Defendant (4000 pages x $.15) | $600.00 |
|----|----|----|
| 2. | Motion for Summary Judgment and related briefing (405 pages x $.15) (2 copies) | $121.50 |
|    | SUBTOTAL | $721.50 |

**Docket Fees under 28 U.S.C. § 1923.**

| 1. | Docket Fee | $20.00 |
|----|----|----|
| 2. | Motion for Judgment | $5.00 |
|    | SUBTOTAL | $25.00 |

| **TOTAL** | $7,138.19 |
|----|----|

EXHIBIT

A

# BAKER BOTTS LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995
713.229.1234
FAX 713.229.1522

AUSTIN
BAKU
DALLAS
**HOUSTON**
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC - 8 2004

~~████~~ N. Milby, Clerk of Court

December 8, 2004

068491.0103

Teresa S. Valderrama
713.229.1860
FAX 713.229.7860
teresa.valderrama@bakerbotts.com

**BY MESSENGER**

FILE-STAMP AND
RETURN THIS COPY

Hon. Michael Milby
U.S. District Court Clerk
Federal Building
515 Rusk
Houston, Texas 77002

# H-04-4590

Re:   C.A. No. _____; *Joanne Mackay Nasti vs. Ciba Specialty Chemicals
      Corporation*; In the United States District Court for the Southern District of
      Texas, Houston Division

Dear Mr. Milby:

Enclosed for filing in the above-referenced matter are the original and two copies
of Notice of Removal.

Please stamp the extra copy of the document and return to me for my files.  By
copy of this letter, appropriate service has been made to counsel of record.

Thank you for your courtesies in this matter.

Very truly yours,

Teresa S. Valderrama

TSV:2141
Enclosure
cc:   Mr. Gregg Rosenberg (w/Enclosure)
      **(By CM/RRR)**

HOU02:1012804.1

CLOSED

# U.S. District Court
## Southern District of Texas (Houston)
## CIVIL DOCKET FOR CASE #: 4:04-cv-04590

Nasti v. CIBA Specialty Chemicals Corporation
Assigned to: Judge Keith P Ellison
Case in other court: 133rd Judicial District Court Of Harris
Co, Tx, 04-53637
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 12/08/2004
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

**Plaintiff**

**Joanne Mackay Nasti**                    represented by    **Gregg M Rosenberg**
Gregg M Rosenberg & Associates
11 Greenway Plz
Ste 2810
Houston, TX 77046
713-960-8300
Fax: 713-621-6670
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CIBA Specialty Chemicals**             represented by    **Teresa S Valderrama**
**Corporation**                                            Baker Botts LLP
910 Louisiana
Houston, TX 77002-4995
713-229-1860
Fax: 713-229-7860 fax
Email:
teresa.valderrama@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/08/2004 | 1 | NOTICE OF REMOVAL from 133rd Judicial District Court Of Harris Co, Tx, case number 2004-53637 ( Filing fee $ 150 ) filed by CIBA Specialty Chemicals Corporation.(blacy, ) Additional attachment(s) added on 12/8/2004 (blacy, ). (Entered: 12/08/2004) |
| 12/08/2004 | 2 | NOTICE in a Removed or Transferred Case, entered.( Judge Lynn N. Hughes ) Parties notified.(blacy, ) (Entered: 12/08/2004) |
| 12/09/2004 |   | Filing fee re: 1 Notice of Removal: $ 150, receipt number 551050 , filed. (klove, ) (Entered: 12/09/2004) |

Exhibit B

**B**

Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080  Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 121919 | 05/18/2005 | 01-43478 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/22/2005 | BARNJO | H044590 |

| CASE CAPTION | | |
|---|---|---|
| Joanne Mackay Nasti vs CIBA Specialty Chemicals Corp. | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Ms. Teresa Valderrama
Baker Botts, L.L.P.
910 Louisiana
Suite 3900
Houston, TX 77002-4995

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jo Anne Mackay Nasti                                      1,903.69

                           TOTAL  DUE  >>>>             1,903.69
                        AFTER 06/17/2005 PAY               2,017.91

********** T H A N K   Y O U! **********
********** www.texasdepos.com **********
```

TAX ID NO.:  76-0326397                                    (713) 229-1234

*Please detach bottom portion and return with payment.*

Ms. Teresa Valderrama
Baker Botts, L.L.P.
910 Louisiana
Suite 3900
Houston, TX 77002-4995

```
Invoice No.:  121919
Date      :  05/18/2005
TOTAL DUE  :   1,903.69
AFTER 6/17/2005 PAY : 2,017.91


Job No.    :  01-43478
Case No.   :  H044590
Joanne Mackay Nasti vs CIBA Specialt
```

Remit To:  **Continental Court Reporters, Inc.**
**Riviana Building**
**2777 Allen Parkway, Suite 600**
**Houston, TX 77019-2166**

Continental Court Reporters, Inc.
Riviana Building
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 122184 | 06/23/2005 | 01-43823 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/02/2005 | BARNJO | H044590 |
| **CASE CAPTION** | | |
| Joanne Mackay Nasti vs CIBA Specialty Chemicals Corp. | | |
| **TERMS** | | |
| Due upon receipt | | |

Ms. Teresa Valderrama
Baker Botts, L.L.P.
910 Louisiana
Suite 3900
Houston, TX 77002-4995

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    JoAnne MacKay Nasti, Volume II                                1,114.45

                              TOTAL  DUE  >>>>                    1,114.45
                              AFTER 07/23/2005 PAY                1,181.32

*********** T H A N K   Y O U! ***********
*********   www.texasdepos.com   *********
```

TAX ID NO. :  76-0326397                                          (713) 229-1234

*Please detach bottom portion and return with payment.*

Ms. Teresa Valderrama
Baker Botts, L.L.P.
910 Louisiana
Suite 3900
Houston, TX 77002-4995

```
Invoice No.:  122184
Date      :  06/23/2005
TOTAL DUE  :  1,114.45
AFTER 7/23/2005 PAY : 1,181.32


Job No.   :  01-43823
Case No.  :  H044590
Joanne Mackay Nasti vs CIBA Specialt
```

Remit To:     **Continental Court Reporters, Inc.**
              **Riviana Building**
              **2777 Allen Parkway, Suite 600**
              **Houston, TX 77019-2166**

Exhibit C

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305306 | 05/09/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16776-002 | 04/05/2005 | 04-4590 |

| CASE CAPTION | | |
|---|---|---|
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. | | |

| RECORDS PERTAINING TO |
|---|
| Jo Anne MacKay Nasti |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

SSN :                                         DOB :

| RECORDS FROM |
|---|

Red Oak Psychiatry Associates     (Medical)
17115 Red Oak Drive, Suite 109   Houston, TX  77090

ORIGINAL AND COPIES OF MEDICAL RECORDS PERTAINING TO:
   Jo Anne MacKay Nasti                                                                235.00

                                        TOTAL   DUE   >>>>           235.00
                                        AFTER 6/8/2005 PAY           249.10

* * * * * * *  T H A N K   Y O U ! ! ! * * * * * * * * * * *
* * * * * * * *    www.texasdepos.com    * * * * * * * * * *

| (-) PAYMENTS/CREDITS | (+) FINANCE CHARGE | (=) NEW BALANCE |
|---|---|---|
| 0.00 | 14.10 | 249.10 |

TAX ID NO.:  76-0326397

                                        (713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No.:  305306
Date        :  05/09/2005
**TOTAL  DUE   :  $     249.10**


Order  No.   :  01-16776-002
Cause  No.   :  04-4590
Joanne Mackay Nasti  vs.  CIBA Specialty

Remit To:    **Continental Court Reporters, Inc.
             2777 Allen Parkway, Suite 600
             Houston, TX 77019**

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305302 | 05/09/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16776-004 | 04/05/2005 | 04-4590 |

| CASE CAPTION |
|---|
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. |

| RECORDS PERTAINING TO |
|---|
| Jo Anne MacKay Nasti |
| SSN :            DOB : |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

| RECORDS FROM |
|---|

Krist Good Samaritan Center   (Any & All Records)

ORIGINAL AND COPIES OF MEDICAL RECORDS PERTAINING TO
Jo Anne MacKay Nasti                                                      241.50

TOTAL DUE >>>>                          241.50
AFTER 6/8/2005 PAY                      255.99

* * * * * T H A N K   Y O U * * * * * * *
www.texasdepos.com

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 14.49 | (=) NEW BALANCE | 255.99 |
|---|---|---|---|---|---|

TAX ID NO. :  76-0326397

(713) 229-1234   Fax (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No.: 305302
Date      : 05/09/2005
**TOTAL DUE** : $   255.99

Order No.  : 01-16776-004
Cause No.  : 04-4590
Joanne Mackay Nasti vs. CIBA Specialty

Remit To:   **Continental Court Reporters, Inc.**
            **2777 Allen Parkway, Suite 600**
            **Houston, TX 77019**

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305435 | 05/31/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16825-001 | 05/03/2005 | 04-4590 |

| CASE CAPTION |
|---|
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. |

| RECORDS PERTAINING TO |
|---|
| Jo Anne MacKay Nasti |
| SSN :                                              DOB : |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

| RECORDS FROM |
|---|

Excel    (Any & All Records)
P. O. Box 219046    Kansas City, MO  64121-9046

ORIGINAL AND COPIES OF ANY AND ALL RECORDS PERTAINING TO:
Jo Anne MacKay Nasti                                                          256.50

TOTAL  DUE  >>>>                256.50
AFTER 6/30/2005 PAY                271.89

* * * * * * T H A N K   Y O U ! * * * * * * * * * *
* * * * * * * www.texasdepo.com * * * * * * * * * *

| (-) PAYMENTS/CREDITS | (+) FINANCE CHARGE | (=) NEW BALANCE |
|---|---|---|
| 0.00 | 15.39 | 271.89 |

TAX ID NO. :   76-0326397

(713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

```
Invoice No.:  305435
Date       :  05/31/2005
TOTAL DUE  : $    271.89


Order No.  :  01-16825-001
Cause No.  :  04-4590
Joanne Mackay Nasti vs. CIBA Specialty
```

Remit To:    **Continental Court Reporters, Inc.**
              **2777 Allen Parkway, Suite 600**
              **Houston, TX 77019**

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305212 | 04/20/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16776-001 | 04/05/2005 | 04-4590 |

| CASE CAPTION |
|---|
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. |

| RECORDS PERTAINING TO |
|---|
| Jo Anne MacKay Nasti |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

SSN :                                          DOB :

| RECORDS FROM |
|---|

Dr. Gary Paul Mueck     (Medical)
1055 Evergreen Circle   The Woodlands, TX  77380

ORIGINAL AND COPIES OF MEDICAL RECORDS PERTAINING TO
JO ANNE MACKAY NASTI                                          256.50

TOTAL   DUE   >>>>                                    256.50
AFTER 5/20/2005 PAY                          271.89

*** T H A N K   Y O U !!! *** * * * * * * *

TAX ID NO. :  76-0326397                              (713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No.:  305212
Date        :  04/20/2005
**TOTAL DUE** :  **$     256.50**
AFTER 5/20/2005 PAY : $271.89

Order No.   :  01-16776-001
Cause No.   :  04-4590
Joanne Mackay Nasti vs. CIBA Specialty

Remit To:     **Continental Court Reporters, Inc.**
              **2777 Allen Parkway, Suite 600**
              **Houston, TX 77019**

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305375 | 05/20/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16825-005 | 05/03/2005 | 04-4590 |

| CASE CAPTION |
|---|
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. |

| RECORDS PERTAINING TO |
|---|
| Jo Anne MacKay Nasti |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

SSN :                                                          DOB :

---

**RECORDS FROM**

JoAnn James / Avi Rapheli    (Medical)
909 Frostwood Drive   Houston, TX 77024

ORIGINAL AND COPIES OF MEDICAL RECORDS PERTAINING TO:
Jo Anne MacKay Nasti                                                        252.50

TOTAL  DUE  >>>>                        252.50
AFTER 6/19/2005 PAY                     267.65

* * * * T H A N K   Y O U ! * * * * * * * * * *
* * * * * * * www.texasdepos.com * * * * * * * * * *

---

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 15.15 | (=) NEW BALANCE | 267.65 |
|---|---|---|---|---|---|

TAX ID NO.:  76-0326397                                    (713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No. :  305375
Date        :  05/20/2005
**TOTAL DUE  :  $   267.65**


Order No.   :  01-16825-005
Cause No.   :  04-4590
Joanne Mackay Nasti vs. CIBA Specialty

Remit To:    **Continental Court Reporters, Inc.**
             **2777 Allen Parkway, Suite 600**
             **Houston, TX 77019**

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305272 | 05/02/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16776-003 | 04/05/2005 | 04-4590 |

**CASE CAPTION**

Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp.

**RECORDS PERTAINING TO**

Jo Anne MacKay Nasti

SSN :                                    DOB :

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

**RECORDS FROM**

Toby Picker    (Any & All Records)
326 Noble Street    Spring, TX  77373

ORIGINAL AND COPIES OF ANY AND ALL RECORDS PERTAINING TO
Jo Anne MacKay Nasti

TOTAL DUE >>>>>
AFTER 6/1/2005 PAY       514.63

* T H A N K   Y O U *
www.texasdepos.com

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 29.13 | (=) NEW BALANCE | 514.63 |
|---|---|---|---|---|---|

TAX ID NO. :  76-0326397                                    (713) 229-1234  Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No.:  305272
Date         :  05/02/2005
**TOTAL DUE** :  $     514.63

Order No.  :  01-16776-003
Cause No.  :  04-4590
Joanne Mackay Nasti vs. CIBA Specialty

Remit To:    **Continental Court Reporters, Inc.**
             **2777 Allen Parkway, Suite 600**
             **Houston, TX 77019**

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# I N V O I C E

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305379 | 05/23/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16825-002 | 05/03/2005 | 04-4590 |

| CASE CAPTION |
|---|
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. |

| RECORDS PERTAINING TO |
|---|
| Jo Anne MacKay Nasti |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

SSN :                                    DOB :

| RECORDS FROM |
|---|

SBC Corporation    Subpoena Processing (Any & All Records)
208 S. Akard, 10th Floor    Dallas, TX 75202

ORIGINAL AND COPIES OF ANY AND ALL RECORDS PERTAINING TO
Jo Anne MacKay Nasti                                                              214.00

TOTAL DUE  >>>                              214.00
AFTER 6/22/2005 PAY                        226.84

* * * * * * *  T H A N K   Y O U  ! * * * * * * * * * *
* * * * * * * www.texasdepos.com * * * * * * * * *

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 12.84 | (=) NEW BALANCE | 226.84 |
|---|---|---|---|---|---|

TAX ID NO.:  76-0326397

(713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No.:  305379
Date      :  05/23/2005
**TOTAL DUE**  :  $     226.84

Order No.  :  01-16825-002
Cause No.  :  04-4590
Joanne Mackay Nasti vs. CIBA Specialty

Remit To:      **Continental Court Reporters, Inc.**
               **2777 Allen Parkway, Suite 600**
               **Houston, TX 77019**

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305440 | 06/03/2005 | Due Upon Receipt |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-16825-003 | 05/03/2005 | 04-4590 |

| CASE CAPTION | | |
|---|---|---|
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. | | |

| RECORDS PERTAINING TO | | |
|---|---|---|
| Jo Anne MacKay Nasti | | |
| SSN : | | DOB : : |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995



RECORDS FROM

AT&T Corporation  c/o CT Corporation Systems  (Any & All Records)
1021 Main Street, Suite 1150   Houston, TX  77002

ORIGINAL AND COPIES OF ANY AND ALL RECORDS PERTAINING TO
Jo Anne MacKay Nasti

*******T H A N K   Y O U !!*******
*******www.texasdepos.com*******

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 25.67 | (=) NEW BALANCE | 418.17 |
|---|---|---|---|---|---|

TAX ID NO. :  76-0326397

(713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No. :  305440
Date        :  06/03/2005
**TOTAL DUE**  :  $    418.17


Order No.  :  01-16825-003
Cause No.  :  04-4590
Joanne Mackay Nasti vs. CIBA Specialty

Remit To:    **Continental Court Reporters, Inc.**
             **2777 Allen Parkway, Suite 600**
             **Houston, TX 77019**

# I N V O I C E

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 305112 | 04/07/2005 | Due Upon Receipt |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-16716-001 | 03/03/2005 | 04-4590 |
| CASE CAPTION | | |
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. | | |
| RECORDS PERTAINING TO | | |
| Exhibit "A" | | |
| SSN : | | DOB : |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

| RECORDS FROM | | |
|---|---|---|

Lone Star Attorney Services, Inc.    (Any & All Records)
6065 Hillcroft, Suite 509   Houston, TX  77081

ORIGINAL AND COPIES OF ANY AND ALL RECORDS PERTAINING TO:
    Exhibit "A"                                                      220.00

                                    TOTAL  DUE  >>>>        220.00
                                    AFTER 5/7/2005 PAY        233.20

*********** T H A N K   Y O U !! ***********
*********** www.texasdepos.com ***********

TAX ID NO. :  76-0326397

                                    (713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

```
Invoice No. :  305112
Date        :  04/07/2005
TOTAL  DUE  :  $    220.00
AFTER 5/7/2005 PAY : $233.20


Order No.   :  01-16716-001
Cause No.   :  04-4590
Joanne Mackay Nasti vs. CIBA Specialty
```

Remit To:   **Continental Court Reporters, Inc.**
            **2777 Allen Parkway, Suite 600**
            **Houston, TX 77019**

# BAKER BOTTS LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995
713.229.1234
FAX 713.229.1522

AUSTIN
BAKU
DALLAS
**HOUSTON**
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

April 14, 2005

Writer's Direct Information
713.229.1953
FAX 713.229.7753
deborah.avery@bakerbotts.com

068491.0103

Internal Revenue Service Center
RAIVS Team
3651 South Interregional Hwy.
Photocopy Unit
Stop 6716
Austin, Texas 78741

Dear Sir or Madam:

Enclosed are three Request for Copy of Tax Forms 4506 for taxpayer JoAnne MacKay Nasti. Please send the requested tax forms (for the years 2000 through 2004) to the following address:

Deborah S. Avery
Baker Botts L.L.P.
3000 One Shell Plaza
Houston, Texas 77002

Also enclosed is a check in the amount of $195.00.

If you should have any questions, please call me at (713) 229-1953. Thank you for your attention to this matter.

Sincerely,

Deborah S. Avery
Senior Paralegal

DSA
Enclosures
cc:     Teresa Valderrama (w/o Encls.)

HOU02:1026959.1

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019
(713) 522-5080   Fax  (713) 522-0440

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 306040 | 09/16/2005 | Due Upon Receipt |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-16803-001 | 04/21/2005 | 04-4590 |
| **CASE CAPTION** | | |
| Joanne Mackay Nasti vs. CIBA Specialty Chemicals Corp. | | |
| **RECORDS PERTAINING TO** | | |
| JoAnne MacKay Nasti | | |
| SSN : | | DOB |

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

| RECORDS FROM |
|---|
| Social Security Administration    Benefits (Any & All Records) |

PREPARATION, COMPILATION OF DATA, ETC. PERTAINING TO:
   JoAnne MacKay Nasti
                                                                          77.50

                                    TOTAL  DUE  >>>>              77.50
                                    AFTER 10/16/2005 PAY          82.15

*********** T H A N K   Y O U !! ***********
*********** www.texasdepos.com ***********

TAX ID NO. :  76-0326397

                                              (713) 229-1234   Fax  (713) 229-1522

*Please detach and return this portion with your payment*

Ms. Teresa S. Valderrama
Baker Botts L.L.P.
910 Louisiana, Suite 3900
One Shell Plaza
Houston, TX 77002-4995

Invoice No.:  306040
Date      :  09/16/2005
**TOTAL DUE**  :  $    77.50
AFTER 10/16/2005 PAY : $82.15

Order No.   :  01-16803-001
Cause No.  :  04-4590
Joanne Mackay Nasti vs. CIBA Specialt

Remit To:   **Continental Court Reporters, Inc.**
            **2777 Allen Parkway, Suite 600**
            **Houston, TX 77019**