U.S. COURT OF APPEALS
**FILED**
JUL 2 3 2007
CHARLES R. FULBRUGE III
CLERK

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See Fed. R. App. P. & 5th Cir. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

U.S. COURT OF APPEALS RECEIVED JUL 23 2007 NEW ORLEANS, LA

<u>Joanne Mackay Nasti</u>   v.   <u>CIBA Specialty Chemicals Corp.</u>   No. 06-20370

United States Bankruptcy Court
Southern District of Texas
FILED
AUG - 7 2007
Michael N. Milby, Clerk

The Clerk is requested to tax the following costs against: <u>Appellant</u>

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($250.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 12 | 80 | $.15 | $144.00 | 12 | 80 | .15 | 144.00 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Binding | 12 | n/a | $1.15 | $13.8 | 12 | | 1.15 | 13.80 |
| | | | Total $ 157.8 | | Costs are taxed in the amount of $ 157.80 | | | |

Costs are hereby taxed in the amount of $ 157.80 this 3rd day of August, 2007.

CHARLES R. FULBRUGE III, CLERK

State of
County of _____

By <u>Beth S. Taymond</u>
    Deputy Clerk

I <u>Teresa Valderrama</u>, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 19th day of July, 2007.

(Signature)

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for <u>CIBA Specialty Chemical Corp.</u>



HOU02:1110506.1